FILED

2018 MAR 14 PM 4:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

LUIS E. PEREZ,

         Defendant.

No. SA CR 18-00053 AG

I N F O R M A T I O N

[26 U.S.C. § 7201:
Evasion of Payment of Tax]

The United States Attorney charges:

[26 U.S.C. § 7201]

A. INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1. Defendant LUIS E. PEREZ ("PEREZ") was a resident of Anaheim Hills, Yorba Linda, and Dove Canyon, Califonia.

2. Defendant PEREZ was the owner and primary decision-maker for Check Mate, Inc., BaronHR, LLC, BaronHR, Inc., Fortress Holding Group, LLC, and Fortress Holding Group, Inc.,

and defendant PEREZ controlled bank accounts in these entities' names.

3. Beginning at least as early as in or about June 2007, defendant PEREZ knew he had a personal tax liability to the Internal Revenue Service ("IRS"), specifically the Trust Fund Recovery Penalty as the responsible person of Check Mate, Inc.

4. Beginning at least as early as in or about June 2007, the IRS actively attempted to collect defendant PEREZ's outstanding tax liability, including penalties and interest, which totaled approximately $23,213,341 by in or about 2017.

B. EVASION OF PAYMENT OF TAXES

5. From in or about May 2009 through in or about January 2017, in Orange County, within the Central District of California, and elsewhere, defendant PEREZ, a resident of Orange County, California, willfully and affirmatively attempted to evade and defeat the payment of a substantial part of $23,213,341 in taxes and additions to taxes then due and owing by defendant PEREZ to the United States of America, specifically the Trust Fund Penalty Assessment against defendant, for the calendar years 2001, 2002, 2003, 2006, 2007, 2008, and 2010, which had been assessed against defendant PEREZ, by committing the following affirmative acts, among others, the likely effect of each of which would be to mislead or conceal defendant PEREZ's assets and ability to pay defendant PEREZ's outstanding taxes from the IRS:

   a. Defendant PEREZ purchased luxury items, including numerous cars and a boat, for use by defendant PEREZ, from the BaronHR and Fortress Holding Group business bank accounts, and

defendant PEREZ placed the title in these luxury items in nominee names to conceal defendant PEREZ's purchase of and ownership in these luxury items;

  b. Defendant PEREZ obtained a credit card in the name of L.C. for defendant PEREZ to make personal purchases and to pay off the credit card from the BaronHR and Fortress Holding Group business bank accounts;

  c. Defendant PEREZ made payments to L.C. from the BaronHR and Fortress Holding Group business bank accounts for use by defendant PEREZ; and

  d. Defendant PEREZ made false statements and representations to and omitted material information from IRS revenue officers during interviews, and submitted false information to the IRS on Forms 433-A, Collection Information Statement for Wage Earners and Self-Employed Individuals, knowing the information was false, including, but not limited to, falsely underreporting to the IRS defendant PEREZ's income and expenses.

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRETT A. SAGEL
Assistant United States Attorney